**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-0713**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Qingdao Brothers Hat Industry Store | 2 | Noger phone fitting 39 Store |
| 3 | LU.168 Store | 4 | Looking Future Store |
| 5 | Ni-ke Store | 6 | linke Store |
| 7 | Mr wardrobe Store | 8 | Positive Store |
| 9 | MYHAPPY Store | 10 | Nishke Store |
| 11 | MSNF KIS | 12 | nanhuaxianhengyuannongmufazhanyouxiangon |
| 13 | Nesteu | 14 | Hobson Reginald |
| 15 | linghaishidalinghejiefeidudamanuzhuangdian | 16 | Mniunision |
| 17 | goodrelics | 18 | NaJiDongCheJianCeYouXianGongSi |
| 19 | Kid1st Store | 20 | gushizuolifushi |
| 21 | Nanshagudao | 22 | Otamise |
| 23 | nisvnisi | 24 | NSWDWY |
| 25 | ouzihuazhuangpinyouxiangongsi | 26 | Mr. Peng Hardware Appliance |
| 27 | lu wenzhou.021s | 28 | hengrenfujiankangkejiyouxiangongsi |
| 29 | ganzhouchumeifushiyougongsi | 30 | QTMS |
| 31 | aggie Zhang | 32 | Mary K Maldonado |
| 33 | RangWoMenShengSiXiangYiBa | 34 | Bradle |
| 35 | qinswsaws | 36 | LOVE WH |
| 37 | Joeoy | 38 | Mgutillart |
| 39 | LLLSS | 40 | fudingshiluyinongchayeyougongsi |
| 41 | QingBaiJiangMingLangHuiRiYongPinJingYingBu | 42 | Renayer |
| 43 | MASDUP | 44 | Luck James |
| 45 | Matari | 46 | Howardengos |
| 47 | retro future | 48 | FLAME3 |
| 49 | PiZhouShiHeDianYinPinDian | 50 | nangunanguorui |
| 51 | Qieamiuu | 52 | FEiHengShOP |
| 53 | LOVE XJJ | 54 | qianjuekeji |
| 55 | Elaphurus Official Stores | 56 | Margaret on |
| 57 | Mabel A Linton | 58 | A2KHMRHM766N5E |
| 59 | GUANGZHOUYANGGAN | 60 | quanzhouzefanmaoyiyouxiangongsi |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 61 | mlie | 62 | Rcardsigns |
| 63 | jinzimaoyiyouxiangongsi | 64 | Cllirend |
| 65 | qingdaozhihongxinshangmaoyougongsi | 66 | beijingxinzhichengyekejiyougongsi |
| 67 | jiyudianzishangwuyouxiangongsi | 68 | LONGSHENG US |
| 69 | PaulJueth | 70 | Linquxianshuodajinshuzhipinyouxiangongsi |
| 71 | laixiabianlidian | 72 | ngdasufsdg |
| 73 | Landelle | 74 | Marie-Clem |
| 75 | quanzhoudimaimaoyiyougongsi | 76 | Peiking |
| 77 | MKOI | 78 | guangzhouxianpingshangmaoyouxiangongsiquan |
| 79 | Guangzhoujizhongfuzhuangyouxiangongsi | 80 | Minass |
| 81 | NKSD | 82 | liyacheng0830 |
| 83 | CUSTOM-PATTERN-SHOP | 84 | Matthew Wiezalis |
| 85 | InJoy Tech | 86 | ARGCUS |
| 87 | jewelry world 88888 | 88 | Customevader |
| 89 | Love 444 | 90 | DDSMDND |
| 91 | GreyAliss-US | 92 | DIYJTS |
| 93 | OuFangTianJerghGuoJiMaoYiYouXianGongSi | 94 | Pane aer |
| 95 | chang sha ye mo guang gao you xian gong si | 96 | Maniamixx |
| 97 | nanchangxuanhengmaoyiyougongsi | 98 | Ltincto |
| 99 | MATILDA ALEXANDER | 100 | pingpai888888 |
| 101 | MINND | 102 | DEWEY RYAR RONLON |
| 103 | Dingguoguoxing | 104 | Moore+ |
| 105 | Maria-US | 106 | haikoushisenyuewang |
| 107 | rainbow unicorn | 108 | qingyangquzijiabinshangmaoyouxiangongsi |
| 109 | Love MAX | 110 | RainnaJoe |
| 111 | lizu365 | 112 | Retro Shoes |
| 113 | fenglan1 | 114 | oujinfeng |
| 115 | Outdoor Sports Shoes | 116 | MAX Shoes |
| 117 | qiqisport | 118 | children2018 |
| 119 | nikecityloop | 120 | nikeairmaxshoes |
| 121 | bizshoes | 122 | lulashoes |
| 123 | men shoes 97 basketball shoes | 124 | mvp_shop |
| 125 | men Running Shoes | 126 | men women air shoes |
| 127 | m_rc | 128 | niketoshoes |
| 129 | newsty68 | 130 | qiqi141319 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 131 | luckyliukai | 132 | mens_shoes_2021 |
| 133 | micanshoes | 134 | ming6600 |
| 135 | nickkit | 136 | mmclub |
| 137 | marcashoes | 138 | longbiztrade |
| 139 | paulshoes03 | 140 | nbshoe |
| 141 | nothing_96 | 142 | luxuryqueenf |
| 143 | luzz-1945 | 144 | powerpart-us |
| 145 | QR | 146 | packde |
| 147 | lulu001 | 148 | maxiangkai |
| 149 | Lorh | 150 | nongmaowuzi |
| 151 | LisaDear | 152 | MMNNBB |
| 153 | missyoy | 154 | Marthazxb |
| 155 | nsiahdiuydhaidpla | 156 | Maryzp |
| 157 | opuyg | 158 | Melinda Kelsay |
| 159 | qri745sc | 160 | nikolauslashon |
| 161 | ningjingzhiyuanshi | 162 | liujie345 |
| 163 | qichanglin2391 | 164 | ncdsjgfsdhuf |
| 165 | nmjdskfyhsiuy | 166 | MyaCamellia |
| 167 | Msdsafuiyier | 168 | nelasoq |
| 169 | azvuqfzlj | 170 | liuxiaohan Store me |
| 171 | Loutilhbnc | 172 | MUSTAY |
| 173 | lixiaoyu1266 | 174 | panacon |
| 175 | Norcrosspass | 176 | Morganatic |
| 177 | linxiangping12357893 | 178 | revuetjes |
| 179 | panyingliang886 | 180 | nawanyi147258 |
| 181 | liuwei0978 | 182 | liuhao13680 |
| 183 | liuzexiang2234 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/5063054 | 2 | aliexpress.com/store/910325240 |
| 3 | aliexpress.com/store/910331144 | 4 | aliexpress.com/store/910902008 |
| 5 | aliexpress.com/store/911060168 | 6 | aliexpress.com/store/911081016 |
| 7 | aliexpress.com/store/911118154 | 8 | aliexpress.com/store/911188212 |
| 9 | aliexpress.com/store/911256144 | 10 | aliexpress.com/store/911301002 |
| 11 | amazon.com/s?me=A1AHHXAUYC6FDX&marketplaceID=ATVPDKIKX0DER | 12 | amazon.com/s?me=A1VZBR6B9B1LS8&marketplaceID=ATVPDKIKX0DER |
| 13 | amazon.com/s?me=A2660BKBDPR1FN&marketplaceID=ATVPDKIKX0DER | 14 | amazon.com/sp?seller=A109VE09QUXTDA |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 15 | amazon.com/sp?seller=A13E57RNK8FR8E | 16 | amazon.com/sp?seller=A1521U0TVZ73GG |
| 17 | amazon.com/sp?seller=A17NB482IHR2WM | 18 | amazon.com/sp?seller=A17OS2LQ6LP4ZZ |
| 19 | amazon.com/sp?seller=A18GWMV8A8WUWT | 20 | amazon.com/sp?seller=A18U2BT231G0OF |
| 21 | amazon.com/sp?seller=A190DE6R8NVV7D | 22 | amazon.com/sp?seller=A195QPP56RMLSJ |
| 23 | amazon.com/sp?seller=A19L31J1A2CIER | 24 | amazon.com/sp?seller=A1BMWG18VMHVPW |
| 25 | amazon.com/sp?seller=A1BN65Y7BG8UTF | 26 | amazon.com/sp?seller=A1CYCJ9WMJI4OJ |
| 27 | amazon.com/sp?seller=A1F0RQXGSYX0GI | 28 | amazon.com/sp?seller=A1G3AJ7GU0TEEP |
| 29 | amazon.com/sp?seller=A1GBL6PCAHNH68 | 30 | amazon.com/sp?seller=A1GXAGQLU7FQGW |
| 31 | amazon.com/sp?seller=A1I46JSO48EE48 | 32 | amazon.com/sp?seller=A1JIMM7EE8XVU3 |
| 33 | amazon.com/sp?seller=A1KYJB92QYYOBI | 34 | amazon.com/sp?seller=A1L1EL0XGUAD5T |
| 35 | amazon.com/sp?seller=A1LKQOW116K7HT | 36 | amazon.com/sp?seller=A1M4P2T6OLCCI0 |
| 37 | amazon.com/sp?seller=A1MEOVZHZDZLVI | 38 | amazon.com/sp?seller=A1MRUC422NRIQM |
| 39 | amazon.com/sp?seller=A1OS87RTYEUFU | 40 | amazon.com/sp?seller=A1PAR5KGRKY3RT |
| 41 | amazon.com/sp?seller=A1PRR4YQ3CJNGR | 42 | amazon.com/sp?seller=A1RSKJFUEFL47D |
| 43 | amazon.com/sp?seller=A1SF0R770EZTPK | 44 | amazon.com/sp?seller=A1UFZDWGC7MPBU |
| 45 | amazon.com/sp?seller=A1UHY5UTSPMCCC | 46 | amazon.com/sp?seller=A1V3658GSG429Q |
| 47 | amazon.com/sp?seller=A20F1115RI437 | 48 | amazon.com/sp?seller=A25JQMTRBM3N7L |
| 49 | amazon.com/sp?seller=A25STW7L2TQO41 | 50 | amazon.com/sp?seller=A26RUUSLHAICYZ |
| 51 | amazon.com/sp?seller=A27HXFYYK3ITVG | 52 | amazon.com/sp?seller=A280YFS12DI952 |
| 53 | amazon.com/sp?seller=A2BWY7JUS2M7NF | 54 | amazon.com/sp?seller=A2DKLUJVA3GBN3 |
| 55 | amazon.com/sp?seller=A2EF0OOZDRXGN7 | 56 | amazon.com/sp?seller=A2FO97V30ICSJK |
| 57 | amazon.com/sp?seller=A2IJ8IST7M4XU6 | 58 | amazon.com/sp?seller=A2KHMRHM766N5E |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 59 | amazon.com/sp?seller=A2KY40J0VEKZFS | 60 | amazon.com/sp?seller=A2QSUIW2CMR8R1 |
| 61 | amazon.com/sp?seller=A2RXYA4X8M2YRT | 62 | amazon.com/sp?seller=A2TIMW8EINU0RU |
| 63 | amazon.com/sp?seller=A2TQHXS1VBNRR5 | 64 | amazon.com/sp?seller=A2WD59QYFJ9QNM |
| 65 | amazon.com/sp?seller=A2WSKILOKEQ3RM | 66 | amazon.com/sp?seller=A2WUC37S8ZRDW6 |
| 67 | amazon.com/sp?seller=A2YAFP59OVC9L7 | 68 | amazon.com/sp?seller=A2YEBER71WYCNA |
| 69 | amazon.com/sp?seller=A2ZTG2ODZZPKPC | 70 | amazon.com/sp?seller=A30Y0GZJGTO7YH |
| 71 | amazon.com/sp?seller=A3BJOWY825F79L | 72 | amazon.com/sp?seller=A3C6TMCJZHLZJK |
| 73 | amazon.com/sp?seller=A3D2HMHLZR7O5B | 74 | amazon.com/sp?seller=A3D3BB4X8ZIUFD |
| 75 | amazon.com/sp?seller=A3H75EJWY7DMMG | 76 | amazon.com/sp?seller=A3HCOFLBW0MQXK |
| 77 | amazon.com/sp?seller=A3I0O46DO742KV | 78 | amazon.com/sp?seller=A3J93PVPR3CDH7 |
| 79 | amazon.com/sp?seller=A3J971W90C8CEV | 80 | amazon.com/sp?seller=A3KQE936S66ZPV |
| 81 | amazon.com/sp?seller=A3MCLLXTUCHN1S | 82 | amazon.com/sp?seller=A3MEOUA07GRM49 |
| 83 | amazon.com/sp?seller=A3N7OVWU5ZXWKB | 84 | amazon.com/sp?seller=A3NESICCASJZGW |
| 85 | amazon.com/sp?seller=A3NZQDVWZYDE3H | 86 | amazon.com/sp?seller=A3O66LSFB076PV |
| 87 | amazon.com/sp?seller=A3RJEYJ7ITJU1J | 88 | amazon.com/sp?seller=A3SS0OLF1K2VX |
| 89 | amazon.com/sp?seller=A3TECGCR8UV7T2 | 90 | amazon.com/sp?seller=A3U057Q8GWWL2U |
| 91 | amazon.com/sp?seller=A3VB7G4SU7BPVA | 92 | amazon.com/sp?seller=A4RZVI9GUUDR9 |
| 93 | amazon.com/sp?seller=A6USGZYEDKF84 | 94 | amazon.com/sp?seller=A8F1ZYOQUGJ1K |
| 95 | amazon.com/sp?seller=A8SL4F7QY1QKM | 96 | amazon.com/sp?seller=ABWTU3NH8KWFG |
| 97 | amazon.com/sp?seller=AEU6UWHCNAJNU | 98 | amazon.com/sp?seller=AFF8RHLWBAO8I |
| 99 | amazon.com/sp?seller=AHW7TJH9CBFLW | 100 | amazon.com/sp?seller=AIGG57K9VKHWZ |
| 101 | amazon.com/sp?seller=AKSZ1OMD4GAA1 | 102 | amazon.com/sp?seller=AMPO24S4YYOQ3 |
| 103 | amazon.com/sp?seller=ANLFXRL3PTVGU | 104 | amazon.com/sp?seller=AO37AFSU83HE8 |
| 105 | amazon.com/sp?seller=AOR09DURE8XYA | 106 | amazon.com/sp?seller=ARNJ95IEI6P1X |
| 107 | amazon.com/sp?seller=AUVJI8ZPIJEAZ | 108 | amazon.com/sp?seller=AVDUWCD9KZEA8 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 109 | amazon.com/sp?seller=AW8Q3SFOZ2YXV | 110 | amazon.com/sp?seller=AWCDZPUEP9Q3B |
| 111 | dhgate.com/store/20320817 | 112 | dhgate.com/store/20644724 |
| 113 | dhgate.com/store/20731218 | 114 | dhgate.com/store/20751724 |
| 115 | dhgate.com/store/20808387 | 116 | dhgate.com/store/20819841 |
| 117 | dhgate.com/store/20834048 | 118 | dhgate.com/store/20979653 |
| 119 | dhgate.com/store/21051850 | 120 | dhgate.com/store/21076670 |
| 121 | dhgate.com/store/21089346 | 122 | dhgate.com/store/21129314 |
| 123 | dhgate.com/store/21158218 | 124 | dhgate.com/store/21173287 |
| 125 | dhgate.com/store/21191179 | 126 | dhgate.com/store/21208409 |
| 127 | dhgate.com/store/21208493 | 128 | dhgate.com/store/21209639 |
| 129 | dhgate.com/store/21215631 | 130 | dhgate.com/store/21225878 |
| 131 | dhgate.com/store/21358457 | 132 | dhgate.com/store/21426567 |
| 133 | dhgate.com/store/21437285 | 134 | dhgate.com/store/21517775 |
| 135 | dhgate.com/store/21523205 | 136 | dhgate.com/store/21533951 |
| 137 | dhgate.com/store/21551939 | 138 | dhgate.com/store/21571069 |
| 139 | dhgate.com/store/21604084 | 140 | dhgate.com/store/21610217 |
| 141 | dhgate.com/store/21626554 | 142 | ebay.com/usr/luxuryqueenf |
| 143 | ebay.com/usr/luzz-1945 | 144 | ebay.com/usr/powerpart-us |
| 145 | wish.com/merchant/57d3c726a47d914aaf5af6a6 | 146 | wish.com/merchant/58452bf481089101ba216d2c |
| 147 | wish.com/merchant/596f0e991d20a33a920b7a8c | 148 | wish.com/merchant/5a34d9276d2c6b030b75db0f |
| 149 | wish.com/merchant/5a8f7a2f9c15ff658fb242d0 | 150 | wish.com/merchant/5b4aa982504cea1d2d69eb3b |
| 151 | wish.com/merchant/5e4cf4e7fba6194025a95d6c | 152 | wish.com/merchant/5e5f7446d6f61c1c437a5228 |
| 153 | wish.com/merchant/5e60836a4755ccecc125a88c | 154 | wish.com/merchant/5e7ef08f29e7865182ac24fe |
| 155 | wish.com/merchant/5e86e1e829e786789230b8c7 | 156 | wish.com/merchant/5e88327a99a1f99e4dd4507c |
| 157 | wish.com/merchant/5e89eb0929e786243c20b258 | 158 | wish.com/merchant/5e8c2f795e8537f0fb26e8d5 |
| 159 | wish.com/merchant/5e8eb43d2397df5534e2a5e8 | 160 | wish.com/merchant/5e8f366da660a6c3cb47c3b5 |
| 161 | wish.com/merchant/5e966273a861ff13d4d691a8 | 162 | wish.com/merchant/5f11041bc2c9e520f9a76826 |
| 163 | wish.com/merchant/5f30aef655a04411962a81db | 164 | wish.com/merchant/5f59b51e7c2ec7574a14f97d |
| 165 | wish.com/merchant/5f5c3fe3f71ea066c523fb77 | 166 | wish.com/merchant/5f7618274fba00949f66f61e |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 167 | wish.com/merchant/5f7752aa43e8e82b4416a6d1 | 168 | wish.com/merchant/5f7e85b442027f34e6ed7bf6 |
| 169 | wish.com/merchant/5f881435da8fbedfd6d54c4d | 170 | wish.com/merchant/5f883b36962d06846ab485b3 |
| 171 | wish.com/merchant/5f8857cd7f4c60758d108e85 | 172 | wish.com/merchant/5f8d25f0db0534da0a59bb96 |
| 173 | wish.com/merchant/5f8e6b19e58835f8f5da9030 | 174 | wish.com/merchant/5f91b03fc5a5c8003ba8b6bb |
| 175 | wish.com/merchant/5f98cb582bbf2f235c5ee7e5 | 176 | wish.com/merchant/5fa280326b50e8d4a981ed95 |
| 177 | wish.com/merchant/5fa8dc362b2791634371f5f8 | 178 | wish.com/merchant/5fafca0d96ad80bed4585bbb |
| 179 | wish.com/merchant/5fc9bea7d61eff30fd1cd0be | 180 | wish.com/merchant/5fd81ee71839852b60afe93f |
| 181 | wish.com/merchant/5fd838620efffb4427833156 | 182 | wish.com/merchant/5fd8396494b8342ce21d8217 |
| 183 | wish.com/merchant/5fec23e45c267d1825b27a92 | | |